## ARGUED AND DETERMINED

IN THE

# SUPREME JUDICIAL COURT,

IN THE

## COUNTY OF BRISTOL, OCTOBER TERM, 1804, AT TAUNTON.

———◆———

### EDWARD SIMMONS & AL. *versus* CHARLES W. APTHORP & AL.

On a petition for review, the petitioner is confined to the allegations in his petition.

THIS was a petition for a writ of review, entered at the last term of this Court by virtue of a special resolve of the legislature *authorizing* the Court to grant a writ of review in the case as prayed for.

The petition stated that the defendants, at the term of this Court holden in this county in April, 1794, recovered judgment against the petitioners for 6-28 parts of a certain tract of land in *Dighton*, in this county, and that they were surprised at the trial of the case by a deed, given in evidence by the defendants, purporting to have been executed by one *Peter Smith*, and which the petitioners in their petition alleged to be fraudulent; the petition further stated that the petitioners and their ancestors had for more than seventy years been in the quiet and peaceable possession of the premises, under the right and title of one *Nicholas Morey*, deceased, who was the rightful proprietor of the same. [ * 100 ]

The deed of *Peter Smith*, above mentioned, was executed on the 19*th day of June*, 1735, in and by which the said *Smith*, for the consideration of *five shillings* paid him by *William Shirley, Esq.*, did remise, release and quitclaim to the said *Shirley* all the said *Smith's* right, title, estate, &c., in and to the lands now in question, *then* being in the tenure of *O. Simmons*, under a lease

**75**

from said *Shirley*, made the 14*th day of June*, 1735, which theretc
fore, viz., on the 29*th day of May*, 1729, had been leased by
*Nicholas Morey* to *O. Simmons* and *John Simmons*, by indenture,
for seven years from the date thereof.   And the defendants claimed
by conveyances regularly deduced from said *Shirley*.

The petitioners relied upon their possession only, as they did not
produce or offer any conveyance from *Morey*.

*Tillinghast*, for the petitioners, was directed by the Court to con-
fine himself, in his observations, to the allegation of fraud; that
being the only ground on which the petitioners apply for a new
trial—and upon his saying that he had no evidence to show that the
deed was fraudulent, except what was apparent on the face of the
deed itself, he was stopped by the Court; who were unanimously
and clearly of opinion that nothing of that kind was apparent by
the deed, which was neither fraudulent nor void.   It appears by the
deed that, at the time it was executed, *Shirley* was in possession of
the premises, by his tenant *O. Simmons*, and therefore capable of
taking a release of the reversion, and thereby acquiring a complete
and perfect title.

*Writ refused.*

,*Strong, Sedgwick, Sewall*, and *Thacher*, justices present.
*Attorney-General* (*Sullivan*) for the respondents.